No. 90–5085.   GRIFFIN v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, HUNTINGDON, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–5087.   SAUNDERS v. VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES.   Sup. Ct. Vt.   Certiorari denied.

No. 90–5089.   JENKINS v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 90–5090.   MILLER v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–5091.   MOORE v. ANDERSON ET AL.   C. A. 5th Cir. Certiorari denied.

No. 90–5092.   MCCONNELL v. MARTIN, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 90–5094.   OCANAS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–5095.   MAY v. FEDERAL COMMUNICATIONS COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 90–5096.   MCCORVEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–5097.   HALL v. CONGER ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–5098.   LIDMAN v. NEWARK REDEVELOPMENT AND HOUSING AUTHORITY ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 90–5102.   WOOD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.   C. A. 5th Cir.   Certiorari denied.

No. 90–5105.   SCOTT v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.